■ MARION DI SABATO, an Infant, by Her Guardian ad Litem, MARCO DI SABATO, et al. v. ROBERT SOFFES et al.— Motion for stay dismissed as academic. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ OTTO ZINSENHEIM v. CONGREGATION OF BETH DAVID, INC.— Motion granted insofar as to extend appellant's time to procure the record on appeal and appellant's points to be served and filed up to and including March 29, 1960, with notice of argument for the May 1960 Term of this court, said appeal to be argued or submitted when reached, and the stay contained in the order to show cause dated March 2, 1960 is continued, and the order of this court entered on February 19, 1960 is modified accordingly. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of MAURICE EDELBAUM, An Attorney.— Motion granted to the extent of suspending the operation and effect of the order of suspension, entered March 10, 1960, to and including May 14, 1960 for the sole purpose of permitting the respondent to act as attorney in pending matters or to arrange for the substitution of other attorneys in his place, upon condition that, in the interim, the respondent shall not engage in any new matters. The period of suspension under the order entered March 10, 1960 shall commence on May 15, 1960 and shall continue for a period of six months and until the further order of this court. In all other respects, the motion is denied. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

## (March 25, 1960)

■ SHERRY SHUFFMAN, v. FREDERICK SHUFFMAN.— Motion granted only to the extent of enlarging the time of the appellant to procure the record on appeal and appellant's points up to and including March 29, 1960, with notice of argument for the May 1960 Term of this court. The respondent's points are to be served and filed on or before April 14, 1960. The three orders of this court entered February 4, 1960 are modified accordingly, and the stay contained in the order to show cause, dated March 2, 1960, is continued. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK, on Complaint of JENNIE CLARK, v. STEVEN STILL.— Motion granted insofar as to extend the defendant's time to serve and file the record on appeal and appellant's points to and including March 29, 1960, with notice of argument for the May 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.